UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLC CONCRETE, INC., a California
Corporation, on behalf of itself and all others
similarly situated,

        Plaintiff,

v.

ARKEMA INC., et al.,

        Defendants.

CIVIL ACTION NO. 06-1253 WDB

## STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiffs in the action listed above and defendants Arkema Inc., Sartomer Company, Inc., BASF Corporation, Degussa Corporation, Röhm Americas LLC, Cyro Industries, Cytec Industries, Inc., Lucite International, Inc., and Rohm and Haas Company (hereinafter the "Domestic Defendants"),[1] by and through their undersigned counsel or counsel acting on their behalf, that the Domestic Defendants need not answer, move, or otherwise plead in response to the complaint in this action until after the Judicial Panel on Multidistrict Litigation ("JPML") rules on the pending motion filed by plaintiffs Polymetrics, Inc. and A & P Foglia in the matter captioned *In re Methyl Methacrylate Antitrust Litigation*, MDL Docket No. 1768. In that motion, plaintiffs seek an order transferring similar actions to the Eastern District of Pennsylvania for consolidated pretrial proceedings.

---

[1] The foreign defendants have not yet been served in this action, and Plaintiffs' counsel are undertaking service upon the foreign defendants pursuant to The Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters.

Case 4:06-cv-01253-DB Document 4 Filed 03/23/2006 Page 1 of 2

IT IS HEREBY FURTHER STIPULATED AND AGREED that, assuming proper service of the complaint and summons in this action,[2] the defendants' time to answer, move or otherwise plead is enlarged until the later of (1) the date when each defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 30 days after the JPML rules on the pending motion and consolidates each such action in a single Court, and a consolidated complaint is filed by all plaintiffs in the single transferee Court and served on defendants. If the JPML rules that the actions should not be consolidated in a single Court and a consolidated complaint is not filed by all plaintiffs in a single transferee Court, the defendants shall have 30 days to answer, move or otherwise plead after service of the JPML's ruling.

/s/ Mario N. Alioto by ay
Mario N. Alioto
Trump, Alioto, Trump & Prescott LLP
2280 Union Street
San Francisco, CA 94123
Telephone (415) 563-7200
Fax: (415) 346-0679

On Behalf of Plaintiffs In The Above-Captioned Action

/s/ 
Andrew Marovitz
Debra Bogo-Ernst
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60603
Telephone: (312) 782-0600
Fax: (312) 701-7711

Attorney for Defendant BASF Corporation and also on behalf of Defendants Arkema Inc., Sartomer Company, Inc., Degussa Corporation, Röhm Americas LLC, Cyro Industries, Cytec Industries, Lucite International, Inc., and Rohm and Haas Company for purposes of this Stipulation

Dated: March 21, 2006
SO ORDERED THIS __23rd__

DAY OF __March__, 2006

Wayne D. Brazil
United States ~~District~~ Judge
              Magistrate

IT IS SO ORDERED
Judge Wayne D. Brazil

---

[2] The entry into this stipulation by the Domestic Defendants shall not constitute a waiver of any defense including, but not limited to, the defenses of lack of personal jurisdiction, improper venue, or insufficiency of process. The Domestic Defendants expressly reserve their right to raise all defenses in response to either the current complaint or any consolidated amended complaint that may subsequently be filed relating to this action.